UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x
Edith Alarco, individually and on behalf of all others similarly situated;

                Plaintiff,

Case No: 1:20-cv-03605-RRM-RER

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND GLOBAL CREDIT & COLLECTION CORP. AND ORDER**

                -against-

Global Credit & Collection Corp.

                Defendant(s).
--------------------------------------------------------------------------x

**IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Global Credit & Collection Corp., shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: October 16, 2020

                **HOROWITZ LAW, PLLC**

                */s/ Uri Horowitz*
                Uri Horowitz
                14441 70th Road
                Flushing, NY 11367
                Phone: (718) 705-8706
                uri@horowitzlawpllc.com

                *Attorney for Plaintiff Edith Alarco*

Dated: October 16, 2020

**SESSIONS, FISHMAN, NATHAN & ISRAEL**

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: 908-237-1660
aeasley@sessions.legal

*Counsel for Defendant Global Credit & Collection Corp.*

SO ORDERED:

*s/Roslynn R. Mauskopf*
_____

JUDGE, U.S. District Court
Eastern District of New York

*Dated: 10/19/2020*

2